UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos. |
|---|---|
| Plaintiff, | 08-cr-00463-JSW-1 and 19-cr-00698-JSW-1 |
| v. | |
| CARL BERNARD, | **ORDER TO SHOW CAUSE WHY THESE MATTERS SHOULD NOT BE CONTINUED** |
| Defendant. | |

The above captioned cases are currently scheduled for status conferences on March 24, 2020. The parties are HEREBY ORDERED TO SHOW CAUSE why the Court should not continue these matters to May 5, 2020, or later, for the reasons articulated in General Order 72 regarding the COVID-19 outbreak. For those same reasons, the parties are HEREBY ORDERED TO SHOW CAUSE why the Court should not specifically find, in case No. 19-cr-698, that due to the effect of the public health recommendations described in General Order 72 on the availability of counsel and court staff to be present in the courtroom, the ends of justice served by ordering the continuance outweigh the interest of the public and the defendant's right to a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

The parties' responses to this Order to Show Cause shall be due by 1:00 p.m. on Thursday, March 19, 2020, and the Court would urge the parties to submit a joint response. If the parties can agree to continue the matters, a stipulation will suffice as a response.

**IT IS SO ORDERED.**

Dated: March 18, 2020

_____
JEFFREY S. WHITE

United States District Judge